Adam D. Kamenstein (SBN 225921)
*adam.kamenstein@adkfirm.com*
Alec Johnson (SBN 270960)
*alec.johnson@adkfirm.com*
Jonathan K. Ramler (SBN 362590)
*jack.ramler@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 408-4085

Attorneys for Defendants
County of Los Angeles,
Los Angeles County Sheriff's Department,
and Robert Luna

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXIS LEMUS, an individual

Plaintiff,

vs.

COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT G. LUNA, in his individual and official capacities; THOMAS GIANDOMENICO, individually and in his official capacity as a Commander of the Los Angeles County Sheriff's Department; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:26-cv-09259

**DECLARATION OF JONATHAN K. RAMLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Complaint filed: Jul. 16, 2026

Date of Removal: Aug. 19, 2026

# DECLARATION OF JONATHAN K. RAMLER

I, Jonathan K. Ramler, declare as follows:

1. I am an attorney with the law firm of Adams, Duerk & Kamenstein LLP, and am counsel of record for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Robert Luna in the above-captioned case. I make this declaration in support of Defendants' concurrently filed Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts set forth herein from my representation of Defendants in this case, which includes my participation in meetings and correspondence with Plaintiffs' counsel, some of which are detailed below.

2. The conference of counsel required by Local Rule 7-3 for Defendants' motion took place on August 22, 2026. Prior to removal to federal court, on or about August 17 &18, 2026, I requested via email that counsel meet and confer regarding disagreements over the sufficiency of the Complaint by August 19, 2026. Counsel for Plaintiffs were not able to meet until August 22. On or about August 21, 2026, I sent Plaintiffs' counsel a letter summarizing in detail and with citation to caselaw the arguments to be presented in the motion.

3. The conference took place over video. Present at the conference for Plaintiff was Shawna Nazari and David Torres-Siegrist. I was present at the conference for Defendants, along with Alec Johnson, counsel of record. The parties discussed the arguments raised in Defendants' letter of August 21, 2026, with respect to Defendants' proposed Rule 12(b)(6) motion to dismiss Defendants from the Complaint. I asserted the bases for the motion filed concurrently herewith, and Plaintiffs' counsel declared the Complaint to be sufficient. Recognizing that the parties were at an impasse, we informed Plaintiff's counsel of our intention to file a Rule 12 motion.

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2026.

*/s/ Jonathan K. Ramler*
Jonathan K. Ramler