Adam D. Kamenstein (SBN 225921)
*adam.kamenstein@adkfirm.com*
Alec Johnson (SBN 270960)
*Alec.johnson@adkfirm.com*
Jonathan K. Ramler (SBN 362590)
*jack.ramler@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (914) 536-2723

Attorney for Defendants
County of Los Angeles,
Los Angeles County Sheriff's Department,
and Robert Luna

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS LEMUS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT G. LUNA, in his individual and official capacities; THOMAS GIANDOMENICO, individually and in his official capacity as a Commander of the Los Angeles County Sheriff's Department; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 26-cv-09259<br><br>**DEFENDANTS' DEMAND FOR TRIAL BY JURY**<br><br>Before the Honorable District Judge John A. Kronstadt |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Robert Luna, hereby demand trial by jury of all issues so triable in this action.

DATED: August 31, 2026

Respectfully submitted,

**ADAMS, DUERK & KAMENSTEIN LLP**

By: */s/ Adam Kamenstein*

Adam D. Kamenstein
*Attorney for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Robert Luna.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a copy of this document (and all attachments) via CM/ECF, which will cause a copy to be served on all counsel of record.

Dated: August 31, 2026

**ADAMS, DUERK & KAMENSTEIN LLP**

By: */s/ Adam Kamenstein*

Adam D. Kamenstein
*Attorney for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Robert Luna.*