Adam D. Kamenstein (SBN 225921)
*adam.kamenstein@adkfirm.com*
Alec Johnson, Bar No. 270960
*alec.johnson@adkfirm.com*
Jonathan K. Ramler (SBN 362590)
*jack.ramler@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 408-4085

Attorneys for Defendants
County of Los Angeles,
Los Angeles County Sheriff's Department,
and Robert Luna

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS LEMUS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT G. LUNA, in his individual and official capacities; THOMAS GIANDOMENICO, individually and in his official capacity as a Commander of the Los Angeles County Sheriff's Department; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 26-cv-09259-JAK-MAR<br><br>**JOINT STIPULATION TO CONTINUE RULE 16(b)/26(f) SCHEDULING CONFERENCE**<br><br>Joint Report Due: Nov. 27, 2026<br><br>[Proposed] New Date for Joint Report: Jan. 29, 2027 |

Defendants County of Los Angeles, the Los Angeles County Sheriff's Department, and Robert Luna, by and through their undersigned counsel, and Plaintiff Alexis Lemus, by and through her undersigned counsel (collectively, the "Parties"), hereby stipulate as follows:

1. The Court has scheduled the Parties' Joint Report to be due November 27, 2026 (Dkt. 13).

2. The scope of the pleadings has yet to be resolved.

3. Defendants expect to remove a related case, *Estate of Victor Lemus, et al. v. County of Los Angeles, et al.*, Case no. 26STCV22070, from Los Angeles County Superior Court to this Court, and to request consolidation or joinder of that case to this case.

4. Accordingly, the Parties therefore believe there is good cause to continue the due date for the filing of the Parties' Rule 26(f) Joint Report from Nov. 27, 2026, to January 29, 2027, or to another date after the issues above are resolved:

| | |
|---|---|
| [January 29, 2027]<br>Nov. 27, 2026 | Rule 26(f) Joint Report Due Date |

**IT IS SO STIPULATED.**

Dated: November 3, 2026

ADAMS, DUERK & KAMENSTEIN LLP

By: */s/ Jonathan K. Ramler*
ADAM D. KAMENSTEIN
ALEC JOHNSON
JONATHAN K. RAMLER

Attorneys for Defendants
COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT, and ROBERT LUNA

Dated: November 3, 2026

TORRES-SIEGRIST LAW APC

By: */s/ David G. Torres-Siegrist*
DAVID G. TORRES-SIEGRIST

Attorney for Plaintiff
ALEXIS LEMUS