# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS LEMUS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT G. LUNA, in his individual and official capacities; THOMAS GIANDOMENICO, individually and in his official capacity as a Commander of the Los Angeles County Sheriff's Department; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 26-cv-09259-JAK-MAR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE RULE 16(b)/26(f) SCHEDULING CONFERENCE**<br><br>Joint Report Due: Nov. 27, 2026<br><br>[Proposed] New Date for Joint Report: Jan. 29, 2027 |

The Court has reviewed the parties' Joint Stipulation to Continue Rule 16(b)/26(f) Scheduling Conference. GOOD CAUSE APPEARING, the Court hereby GRANTS the Stipulation and sets forth the following amended deadlines governing this case:

The Rule 26(f) Joint Report will be due on January 29, 2027.

| | |
|---|---|
| [January 29, 2027]<br>Nov. 27, 2026 | Rule 26(f) Joint Report Due Date |

**IT IS SO ORDERED.**

Dated:

______________________________

Hon. John A. Kronstadt
United States District Court Judge