UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09259-JAK-MARx | Date | November 2, 2026 |
| Title | Alexis Lemus v. County of Los Angeles et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Valerie Savla |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Torres-Siegrist | Jonathan Ramler<br>Alec Johnson |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS (DKT. 6)**

The motion hearing is held. The Court states its tentative views that it is inclined to **GRANT IN PART** and **DENY IN PART** Defendants' Motion to Dismiss ("Motion" (Dkt. 6)). The Court takes the Motion **UNDER SUBMISSION,** and a written ruling will be issued.

**IT IS SO ORDERED.**

: 45

Initials of Preparer mal