**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXIS LEMUS,

Plaintiff,

v.

COUNTY OF LOS ANGELES, et al.,

Defendants.

No. 2:26-cv-09259-JAK (MARx)

**ORDER RE JOINT STIPULATION TO CONTINUE RULE 16(b)/26(f) SCHEDULING CONFERENCE (DKT. 18)**

Based on a review of the Joint Stipulation to Continue Rule 16(b)/26(f) Scheduling Conference ("Stipulation" (Dkt. 18)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The deadline for the parties to submit their Rule 26(f) Joint Report is continued from November 27, 2026, to January 29, 2027.

**IT IS SO ORDERED.**

Dated: November 4, 2026

John A. Kronstadt
United States District Judge